THE PEOPLE OF THE STATE OF NEW YORK ex rel. JOSEPH MAGETTA, Appellant, against J. EDWIN LA VALLEE, as Warden of Clinton Prison, Respondent.— Decision of this court, handed down October 1, 1959 (9 A D 2d 703), permitting appellant to appeal as a poor person is rescinded. It now

appears that the purported appeal is from the denial of an order to show cause. No appeal lies from such denial. Present — Bergan, P. J., Coon, Gibson, Herlihy and Reynolds, JJ.